1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| ANIBAL QUINONES, | Case No.: 20-CV-0535 W (JLB) |
| --- | --- |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 12]** |
| v. | |
| TRIUMPH FABRICATIONS – SAN DIEGO INC., et al.., | |
| Defendants. | |

    Pending before the Court is a joint motion to dismiss this action with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 12] and **ORDERS** the case **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**.

Dated:  April 20, 2021

_____
Hon. Thomas J. Whelan
United States District Judge